## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ESTATE OF LAUREL HUNTER, by and through her husband and Personal Representative of Estate, NEIL HUNTER; and NEIL HUNTER,<br><br>          Plaintiffs,<br><br>          v.<br><br>OFFICER MILLS; CAROLINE BAPI; and JOHN DOES 1-10, EMPLOYEES AND/OR AGENTS OF THE STATE OF ALASKA, DEPARTMENT OF CORRECTIONS,<br><br>          Defendants. | Case No. 3:18-cv-00151-SLG |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs' Motion to Dismiss Without Prejudice at Docket 38 is hereby GRANTED.

IT IS HEREBY ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own respective costs and attorney fees, if any.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

DATED this 18th day of September, 2019.

                                                */s/ SHARON L. GLEASON*
                                                Hon. Sharon L. Gleason
                                                UNITED STATES DISTRICT JUDGE